# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| KENNETH D. MCRAE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 20-1194-KHV |
| | ) | |
| HOPE PROPERTIES INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

On January 4, 2021, the Court ordered plaintiff to show good cause in writing why the Court should not dismiss plaintiff's claims for injunctive relief as moot and plaintiff's claims for damages as legally insufficient under Rule 12(b)(6), Fed. R. Civ. P. <u>Memorandum And Order And Order To Show Cause</u> (Doc. #20). The Court set January 13, 2021 as the deadline for response. <u>Id.</u> Plaintiff did not respond. For substantially the reasons stated in the <u>Memorandum And Order And Order To Show Cause</u>, the Court dismisses this action.

**IT IS THEREFORE ORDERED that this action is DISMISSED.**

Dated this 25th day of January, 2021 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
